*A. J. Galen,* Attorney General, for Respondent.

----

No. 2,203.—STATE OF MONTANA EX REL. MARY HARRINGTON, RELATOR, *v.* THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT, AND HONORABLE J. B. McCLERNAN, A JUDGE THEREOF, RESPONDENTS.

Original application for writ of prohibition to restrain respondents from proceeding further in a cause entitled *Calkins* v. *Harrington,* pending in the district court of Silver Bow county.

Decided May 1, 1905.

PER CURIAM.—Relator's application for a writ of prohibition is hereby denied.

*Messrs. Maury & Hogevoll,* for Relator.